# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

## MEMORANDUM

TO: David Copperthite
Assistant U.S. Attorney

Sapna Mirchandani,
Assistant Federal Public Defender

DATE: December 1, 2015

FROM: Judge Catherine C. Blake

SUBJECT: USA v. Alvin L. Burruss, CCB-06-0364

---

It appears evident from the plea agreement, where the parties agreed on an offense level and Criminal History Category they believed applicable (27-V), and the c-plea was the low end of that range, that the sentence was sufficiently "based on" the guideline range to warrant a reduction. The Statement of Reasons page also is consistent with a finding that the court based its sentence on the guidelines.

A separate Order follows.